# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DARYL WHEELWRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　Defendants. | 1:13-cv-00078-BAM PC<br><br>ORDER DENYING MOTION TO SUBMIT<br><br>(ECF No. 6) |

　　　　Plaintiff Dion Daryl Wheelwright ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On March 21, 2013, Plaintiff filed a motion requesting to submit additional medical reports in support of his claim.  Plaintiff also seeks to obtain medical records from the Sacramento County main jail. (ECF No. 6.)

　　　　<u>Request to Submit Medical Records</u>

　　　　Plaintiff's request to submit additional medical records shall be denied at this time.  As stated in the First Informational Order in Prisoner Civil Rights Cases issued on January 16, 2013, the Court cannot serve as a repository for Plaintiff's evidence, such as his prison or medical records.  (ECF No. 3, p. 4.)  In other words, Plaintiff cannot simply send the Court his medical records to hold as evidence.  Indeed, neither Plaintiff nor Defendants may file evidence with the

Court unless the course of the litigation brings the evidence into question (for example, on a motion for summary judgment, at trial or when requested by the Court). Accordingly, Plaintiff's motion to submit his medical records to the Court is DENIED without prejudice.

<u>Plaintiff's Request for Records from the Sacramento County Main Jail</u>

Plaintiff's request to obtain his medical records from the Sacramento County main jail for submission in this case is premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has not screened Plaintiff's complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims. If the Court determines that this action should proceed to discovery, then Plaintiff may request that the Court issue a subpoena for a non-party to produce documents pursuant to Federal Rule of Civil Procedure 45. Accordingly, Plaintiff's request to obtain his medical records from the Sacramento County main jail is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **March 22, 2013**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE