# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DARYL WHEELWRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　Defendants. | 1:13-cv-00078-BAM PC<br><br>ORDER DENYING MOTION FOR A STAY<br>OR EXTENSION OF TIME FOR WRIT OF<br>HABEAS CORPUS<br><br>(ECF No. 8) |

Plaintiff Dion Daryl Wheelwright ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On March 21, 2013, Plaintiff filed a motion requesting a stay or an extension of time to file a habeas corpus petition. (ECF No. 8.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). Although the Court has not screened Plaintiff's case to determine whether

1

dismissal is appropriate, it is apparent that Plaintiff's claim is a civil action seeking damages filed pursuant to 42 U.S.C. § 1983, not a petition for writ of habeas corpus.

If Plaintiff intends to file a petition challenging the legality or duration of his custody, or raises a constitutional challenge which could entitle him to an earlier release, his sole federal remedy is a writ of habeas corpus.  <u>Preiser v. Rodriguez</u>, 411 U.S. 475 (1973); <u>Young v. Kenny</u>, 907 F.2d 874 (9th Cir. 1990), <u>cert.</u> <u>denied</u> 11 S.Ct. 1090 (1991).  Plaintiff may not pursue his writ of habeas corpus in this damages action.  He must initiate a separate action.  Accordingly, Plaintiff's request for a stay or for an extension of time to file a writ of habeas corpus in this case is DENIED.

IT IS SO ORDERED.

Dated: **March 29, 2013**      /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE